ALFRED L. FROST, III, Respondent, v MICHELLE FROST, Appellant. [869 NYS2d 839]

Present—Centra, J.P., Lunn, Green and Pine, JJ.